peals for the Eighth Circuit denied. *Mr. W. H. H. Miller, Mr. John B. Jones, Mr. Augustin Boice, Mr. U. M. Rose, Mr. G. B. Rose, Mr. W. E. Hemingway* and *Mr. Herbert R. Marlatt* for petitioners. *Mr. C. C. Calhoun* for respondent.

No. 332. JOHN BLAKELY, PETITIONER, *v.* FIDELITY MUTUAL LIFE INSURANCE COMPANY. October 28, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. W. B. Linn* and *Mr. George H. Stein* for petitioner. *Mr. Ira Jewell Williams* for respondent.

No. 412. RUMFORD CHEMICAL WORKS, PETITIONER, *v.* HYGIENIC CHEMICAL COMPANY. October 28, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. Philip Mauro* for petitioner. *Mr. Willard Parker Butler* for respondent.

No. 444. C. K. McINTOSH AND JAMES P. BROWN, TRUSTEES, ETC., PETITIONERS, *v.* THE PETALUMA SAVINGS BANK ET AL. October 28, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. William A. Coulter* for petitioners. *Mr. A. B. Browne* for respondents.

No. 462. FREDERICK S. GOSHORN ET AL., PETITIONERS, *v.* ROYAL TRUST COMPANY ET AL. October 28, 1907. Petition for a writ of certiorari to the United States Circuit Court of

207 U. S.　Decisions on Petitions for Writs of Certiorari.

Appeals for the Seventh Circuit denied. *Mr. Henry W. Leman* for petitioners. *Mr. Frank H. Scott* and *Mr. Edgar A. Bancroft* for respondents.

---

No. 463. SAMUEL PECK ET AL., PETITIONERS, *v.* JAMES HAMILTON LEWIS. November 4, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Levi Davis* for petitioners. *Mr. Holmes Conrad* for respondent.

---

No. 484. ERIE RAILROAD COMPANY, PETITIONER, *v.* MARY E. KANE, ADMINISTRATRIX, ETC. November 11, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Wm. E. Cushing* for petitioner. *Mr. George F. Arrel* for respondent.

---

No. 191. ESTILL COUNTY, KENTUCKY, PETITIONER, *v.* TALTON EMBRY. November 18, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Charles W. Friend* for petitioner. *Mr. Harry L. Gordon* for respondent.

---

No. 443. ARNOLD LOUCHHEIM & CO. ET AL., PETITIONERS, *v.* JAMES WATSON BOYD. November 18, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. A. C. Prendergast* for petitioners. No appearance for respondent.